No. 04–20. ABELA ET UX. *v.* GENERAL MOTORS CORP. Sup. Ct. Mich. Certiorari denied.

No. 04–21. PATRY *v.* TOWN OF GRAND ISLE, VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 04–22. PLANT FAB INC. ET AL. *v.* CROMPTON MANUFACTURING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 04–25. DICKERSON *v.* KANSAS ET AL. Ct. App. Kan. Certiorari denied.

No. 04–26. CHADWICK *v.* CAULFIELD, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04–27. AMERICAN NATIONAL INSURANCE CO. ET AL. *v.* BRATCHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–29. KAY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 04–30. JARMUTH ET AL. *v.* KROLCZYK ET AL. Cir. Ct. Monongalia County, W. Va. Certiorari denied.

No. 04–34. ELWOOD *v.* MORIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–35. CASEY *v.* ALBERTSON'S, INC. C. A. 9th Cir. Certiorari denied.

No. 04–36. COB CLEARINGHOUSE CORP., AKA DIGITAL HEALTHCARE, INC. *v.* AETNA U. S. HEALTHCARE, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–41. ROCKEFELLER *v.* REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–42. HAYES *v.* SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.